UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE JAMES GAINES, JR., | No. 1:15-cv-01728-AWI-JLT (HC) |
| Petitioner, | **ORDER DISREGARDING MISCELLANEOUS MOTION** |
| v. | **(Doc. No. 13)** |
| M. D. STAINER, | |
| Respondent. | |

On February 11, 2016, this case was dismissed for lack of subject matter jurisdiction. Petitioner appealed to the Ninth Circuit Court of Appeal.  On April 1, 2016, Petitioner filed a motion requesting the record on appeal be prepared and submitted to the Ninth Circuit pursuant to Fed. R. App. P. 10.  The record was in fact prepared and transmitted to the Ninth Circuit on March 10, 2016, and the appeal was denied on August 26, 2016.

Accordingly, the Court ORDERS that Petitioner's motion is DISREGARDED as moot.

IT IS SO ORDERED.

Dated:   **October 3, 2016**          **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE